O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN THOMPSON, | CASE NO. CV 14-00142 RZ |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 30, 2014

*[signature]*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE